# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129965 & (31)(38)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                   SC: 129965
                                   COA: 261742
                                   Oakland CC: 94-130590-FC

GREGORY ALAN FERQUERON,
    Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 14, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to remand are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006 _____     _____

d0424                                               Clerk